# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MWANGI SEKOU,                              : No. 35 EM 2015
                                          :
                Petitioner   :
                                          :
                                          :
                                          :
               v.              :
                                          :
                                          :
                                          :
COURT OF COMMON PLEAS                      :
PHILADELPHIA COUNTY,                       :
                                          :
           Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.